THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Edward A. Duelley,       
Appellant,
 
 
 

v.

 
 
 
State of South Carolina,       
Respondent.
 
 
 

Appeal From Richland County
Thomas W. Cooper, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-518
Submitted October 1, 2004  Filed October 
 14, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate 
 Defense, of Columbia, for Appellant.
Andrew F. Lindemann, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Edward Duelley pled guilty 
 to assault and battery with intent to kill, carrying a weapon, larceny, and 
 three counts of armed robbery in February 1980.  He was sentenced to 35 years 
 in prison in South Carolina.  Duelley was later convicted of federal bank robbery 
 charges and also served time in federal prison.  
Duelley filed an appeal with the Administrative 
 Law Judge Division and a writ of habeas corpus in circuit court, claiming the 
 South Carolina Department of Corrections should have given him credit for the 
 time he served in federal prison.  Duelleys writ of habeas corpus action was 
 stayed pending resolution of his administrative appeal.  Duelley now appeals, 
 arguing the circuit court erred in ruling his petition for habeas corpus and 
 his administrative appeal, both addressing the same issues, could not commence 
 simultaneously.  On appeal, counsel for Duelley has filed a brief pursuant to 
 Anders v. California, 386 U.S. 738 (1967), asserting that there were 
 no meritorious grounds for appeal and requesting permission to withdraw from 
 further representation.  Duelley filed a pro se response.    
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
STILWELL, BEATTY and SHORT, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.